UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VINCENT G. GARGIULO,

                Plaintiff,                        19-cv-11726 (PKC)

    -against-

                                                                    ORDER
S. KATZMAN PRODUCE, INC., et al.,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        Third-party defendant Hunts Point Terminal Produce Association, Inc. ("Hunts Point") served discovery requests upon the plaintiff on June 30, 2020, July 30, 2020 and August 14, 2020.  Plaintiffs have responded to none of them.  Hunts Points wrote to this Court on October 30, 2020 (Doc 64) with respect to plaintiffs' discovery failures.  Under the undersigned's Individual Practices, plaintiff was required to respond within 4 days, which it has not done.  (Individual Practices at 4.B.)

        The Court Orders as follows:

1. Plaintiff shall fully respond to Hunts Points First Set of Interrogatories and Second and Third St of Requests for Production and any outstanding requests for medical authorizations by November 25, 2020.

2. Fact depositions shall be completed by January 14, 2021. Request to Admit shall be served no later than January 22, 2021.  Fact discovery shall be completed by February 11, 2021.  Expert discovery shall be completed by March 31, 2021.

3. Failure of plaintiff to comply with this Order will result in sanctions,

including dismissing the complaint, evidentiary sanctions, monetary sanctions and shifting of attorneys' fees.

SO ORDERED.

Dated: New York, New York
November 12, 2020

P. Kevin Castel
United States District Judge