UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VINCENT G. GARGIULO,

                    Plaintiff,                    19-cv-11726 (PKC)

    -against-

                                              ORDER

S. KATZMAN PRODUCE, INC.,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

       The next case management conference in this matter is scheduled for May 27, 2021 at 2:00 P.M. It will proceed telephonically. The dial in is below.

       Dial-in:       (888) 363-4749

       Access Code:  3667981

Members of the public must mute their phones and are not permitted to speak during the proceeding.

       SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       May 24, 2021