

| Abrams, Gorelick, Friedman & Jacobson, LLP | One Battery Park Plaza | Phone: 212-422-1200 |
| Attorneys at Law | 4th Floor | Fax: 212 968-7573 |
| | New York, New York 10004 | www.agfjlaw.com |

July 7, 2021

Hon. Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:    Vincent Gargiulo v. S. Katzman Produce, Inc. and Hunts Point Terminal Produce Cooperative Association Inc., et ano.
                   Case No.: 19-CV-11726 (PKC)

Dear Honorable Sir:

      The undersigned represents the Defendant/Third-Party Defendant, Hunts Point Terminal Produce Cooptative Association, in the above-referenced matter.

      We are pleased to report that the Parties have settled the above-referenced matter through mediation. This settlement is contingent upon the execution of a written settlement agreement, which the Parties are in the process of exchanging. We expect to file the appropriate stipulation of discontinuance within forty-five (45) days.

      We request that you vacate all currently scheduled dates for this matter.

      Thank you.

                                                  Respectfully,
                                                  By:
                                                  Atasia Richardson, Esq.
                                                  Abrams, Gorelick, Friedman, & Jacobson, LLP
                                                  Attorneys for Defendant/Third-Party Defendant
                                                  HUNTS POINT TERMINAL PRODUCE
                                                  COOPERATIVE ASSOCIATION, INC.
                                                  One Battery Park Plaza, 4th Floor
                                                  New York, New York 10004
                                                  (212) 422-1200
                                                  arichardson@agfjlaw.com

        cc:   Liakas Law, PC (VIA ECF)
              Attorneys for Plaintiff

            Law Office of Kevin J. Philbin (VIA ECF)
            Attorneys for Defendant/Third-Party Plaintiff